NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**IN RE FUSION-IO, INC.,**
*Petitioner.*

———————————

Miscellaneous Docket No. 146

———————————

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in No. 11-CV-3910, Judge Rodney Gilstrap.

———————————

**ON PETITION**

———————————

**O R D E R**

Upon consideration of Fusion-io, Inc.'s motion to withdraw its petition for a writ of mandamus,

IT IS ORDERED THAT:

The motion is granted.

IN RE FUSION-IO, INC.                                          2

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s19